IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Cv. No. 03-1179-T/An  Cr. No. 02-10010-T |
| DANTONIO DEMONT NEAL, | ) ) | |
| Defendant. | ) ) | |

ORDER DIRECTING UNITED STATES TO RESPOND

The defendant having filed a motion under 28 U.S.C. § 2255, it is ORDERED that the United States file a response to the motion within twenty-three days from the date of this order. The Clerk shall provide a copy of the motion in this cause and this order to the United States Attorney for the Western District of Tennessee.

IT IS SO ORDERED.

  s/ **James D. Todd**
JAMES D. TODD
UNITED STATES DISTRICT JUDGE